UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK, | No. 2:23-cv-1315 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| FEDERAL BUREAU OF PRISONS, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner seeks leave to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Under 28 U.S.C. § 2241(d), jurisdiction for a section § 2241 petition lies in either the district of the petitioner's conviction or confinement. Petitioner is confined in West Virginia and was convicted in Florida. Therefore, the court does not have jurisdiction over any § 2241 challenge brought by petitioner and the court will recommend that the petition before the court be dismissed.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 5) is granted.

2. The Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blac1315.214.214