UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>           Petitioner,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>           Respondent. | No.  2:23-cv-1315 DJC CKD P<br><br><br>ORDER |

On July 25, 2024, petitioner submitted a document titled "Motion to Proceed or Other Appropriate Remedy." ECF No. 11. What it is petitioner seeks is not clear. To the extent petitioner asks that judgment entered October 2, 2023 be vacated, the request is denied as petitioner fails to identify any even arguable reason why this case should be reopened.

IT IS SO ORDERED.

Dated:  **October 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

blac1315.mtp